Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiffs
MARVIN BERNARD PAULE, and
EILEEN FERNANDEZ PAULE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN BERNARD PAULE, and EILEEN FERNANDEZ PAULE,<br><br>Plaintiffs,<br><br>v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:12-CV-00642-EMC<br><br>**STIPULATION OF DISMISSAL AND [PR~~OPO~~SED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, MARVIN BERNARD PAULE and EILEEN FERNANDEZ PAULE, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiffs, MARVIN BERNARD PAULE and EILEEN FERNANDEZ PAULE, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

1  Dated: December 20, 2012              /s/ Fred W. Schwinn
                                         Fred W. Schwinn, Esq.
2                                        Attorney for Plaintiffs
                                         MARVIN BERNARD PAULE and
3                                        EILEEN FERNANDEZ PAULE

4

5  Dated: December 20, 2012              /s/ William S. Weisberg
                                         William S. Weisberg, Esq.
6                                        Attorney for Defendant
                                         ABC LEGAL SERVICES, INC.
7

8

9  THE FOREGOING STIPULATION
10 IS APPROVED AND IS SO ORDERED.

11

12 Dated: _____1/10/13_____              _____ Chen

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
*IT IS SO ORDERED*
*Judge Edward M. Chen*